**James A. BUTLER, Plaintiff–Appellant,**

v.

**MOUBARAK, Clinical Director; S. Dewalt, Warden; Williams, Nurse; Elayan, Health Ser. Administrator; John Does; Jane Does, and AW's; Blocker; Serrano, Clinical Director, Sued in their individual & official capacity, Defendants–Appellees.**

No. 10–7537.

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

James A. Butler, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Butler appeals the district court's orders denying relief and reconsideration on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butler v. Moubarak*, No. 1:07–cv–00463–WMN (D. Md. Sept. 21, 2009 & Sept. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*